IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FUSCHIA NGOMA, | |
| Plaintiff, | 4:22CV3031 |
| vs. | |
| TRAVELER'S INSURANCE COMPANY, | MEMORANDUM AND ORDER |
| Defendant. | |

    This matter is before the court on its own motion. On March 1, 2022, Plaintiff was ordered to pay the $402.00 filing fee or submit a request to proceed in forma pauperis within 30 days and was warned that failure to do so would result in the court dismissing this case without further notice to Plaintiff. (Filing 4.) Contrary to the court's orders, Plaintiff has failed to pay the filing fee or to submit a motion to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that Plaintiff's claims against the Defendant are dismissed without prejudice because Plaintiff failed to prosecute this case diligently and failed to comply with this court's orders. The court will enter judgment by separate document.

    DATED this 8th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge